# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK

| GREGORY J. LEONARD | MIDDLE DISTRICT OF GEORGIA | OFFICES |
|---|---|---|
| CLERK | 475 MULBERRY STREET | ALBANY 31701 |
| PHONE:478/752-3497 | P. O. BOX 128 | ATHENS 30601 |
| FTS: 8/238-0411 | MACON, GEORGIA 31202-0128 | COLUMBUS 31902 |
| FAX: 478/752-3496 | | MACON 31202 |
| | | THOMASVILLE 31792 |
| | | VALDOSTA 31601 |

July 29, 2008

FAX: 770-933-9162

Thomas D. Harper
Attorney at Law
900 Circle 75 Pkwy Ste 1040
Atlanta, GA  30339

RE: Register for CM/ECF

Case: 3:08-cv-66   Fuhr v American Home Assurance Company

Dear Attorney:

Recently you filed documents in the Middle District of Georgia.  Although, you have been admitted to practice in this court, we do not show any record of you having registered for CM/ECF* (e-filing).  If you do not wish to e-file documents in this case, please submit a motion to withdraw as counsel immediately.

Visit the court's website www.gamd.uscourts.gov, click on CM/ECF at the top of the screen, click on register, fill out and submit the attorney member registration form.  There is no additional fee to register for CM/ECF.  If you fail to register after receiving this letter, the matter will be turned over to the judge assigned to your case.

Please feel free to contact me if you have any questions.

Sincerely,
s/Nora Paul
Operations Specialist
PHN: 478.752.0734
FAX:  478.752.3468
nora_paul@gamd.uscourts.gov

*CM/ECF is not the same as PACER.  You must have a separate login and password to access the CM/ECF system.

## REGISTERING FOR CM/ECF IS MANDATORY IN THE
## MIDDLE DISTRICT OF GEORGIA