STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PATRICIA G. FUHR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Civil Action File Number<br>3:08-CV-66 |

### DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S ANSWER AND DEMAND FOR JURY TRIAL

Defendant, by and through counsel of record, files this its Answer to plaintiff's Complaint and shows as follows:

1.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

2.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint, to the extent that Corporation Service Co. is its agent for service in Georgia.

4.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

5.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

6.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

7.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

8.

Defendant is without sufficient knowledge to either admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant is without sufficient knowledge to either admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

12.

Defendant is without sufficient knowledge to either admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated, as the demand was not a demand for settlement of all claims which would protect the defendant's insured.

15.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

16.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

17.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated, as the "settlement demand/offer" was not an offer to settle all claims which would protect the defendant's insured.

18.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated, as the "settlement demand/offer" was not an offer to settle all claims which would protect the defendant's insured.

19.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated, as the "settlement demand/offer" was not an offer to settle all claims which would protect the defendant's insured.

20.

Defendant denies that it "rejected" any demand. Defendant admits that it extended its policy limits in an effort to protect plaintiff from both a wrongful death claim and any estate claims.

21.

Defendant denies "rejecting a demand" and denies that it did not make every effort to protect plaintiff from claims arising from the accident.

22.

Defendant is without sufficient knowledge to either admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

23.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

24.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

25.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

26.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

27.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

28.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

29.

Defendant denies that the estate was an "involuntary" plaintiff. Defendant admits the remaining allegations contained within this paragraph of plaintiff's Complaint.

30.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

31.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

32.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

33.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

34.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

35.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

36.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

37.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

38.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

39.

Defendant incorporates by reference the responses to the allegations contained within paragraphs 1 through 38 of plaintiff's Complaint.

40.

Defendant denies that it is liable to plaintiff for any amount above the $100,000 policy it issued to plaintiff.

41.

Defendant incorporates by reference the responses to the allegations contained within paragraphs 1 through 40 of plaintiff's Complaint.

42.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated, as the "settlement

demand/offer" was not an offer to settle all claims which would protect the defendant's insured.

43.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

44.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

45.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

46.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

47.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

48.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

49.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

50.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

51.

Defendant incorporates by reference the responses to the allegations contained within paragraphs 1 though 50 of plaintiff's Complaint.

52.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays:

a)   that plaintiff's Complaint be dismissed;

b)   that defendant have judgment in its favor;

c)   that defendant have a trial by jury; and

d)   that defendant have all other proper relief.

This  29  day of July, 2008.

HARPER, WALDON & CRAIG

_____ (For Jan)
Thomas D. Harper
(State Bar No. 328375)
James A. Neuberger
(State Bar No. 538903)
Attorneys for Defendant

```
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
```

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the Motion to Amend Complaint with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>Stephen C. Carter, Esq.
>P.O. Box 368
>Hartwell, Georgia  30643

This __29__ day of July, 2008.

>HARPER, WALDON & CRAIG
>
>_/s/ CFor JAN_____
>Thomas D. Harper
>(State Bar No. 328375)
>James A. Neuberger
>(State Bar No. 538903)
>Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710