STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PATRICIA G. FUHR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File Number |
| v. ) | 3:08-CV-66 |
| ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE**

Pursuant to Local Rule 87.1, defendant American Home Assurance Company submits its statement of all parent and subsidiary corporation and any public holding company that owns 10% or more of the defendant's stock:

American Home Assurance Company is 100% owned by AIG Commercial Insurance Company, which is 100% owned by AIG Property Casualty Group, Inc., which is 100% owned by AIG, Inc.

This 8 day of ~~August~~ September, 2008.

HARPER, WALDON & CRAIG

Thomas D. Harper
(State Bar No. 328375)
James A. Neuberger
(State Bar No. 538903)
Attorneys for Defendant

900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
(770) 953-1710

**CERTIFICATE OF SERVICE**

I hereby certify that on Sept 5, 2008, I electronically filed the Defendant's Corporate Disclosure with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

        Stephen C. Carter, Esq.
        P.O. Box 368
        Hartwell, Georgia  30643

This 8th day of September, 2008.

        HARPER, WALDON & CRAIG

        _____
        Thomas D. Harper
        (State Bar No. 328375)
        James A. Neuberger
        (State Bar No. 538903)
        Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710