**HARPER, WALDON & CRAIG**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
900 CIRCLE 75 PARKWAY
SUITE 1040
ATLANTA, GEORGIA 30339

TELEPHONE (770) 953-1710

FACSIMILE (770) 933-9162

September 11, 2008

Clerk of Court
United States District Court
Middle District of Georgia
**Attn: Arbitration Clerk**
475 Mulberry Street
P.O. Box 128
Macon, GA 31201-0128

    Re:    <u>Patricia G. Fuhr v. American Home Assurance Company</u>
                United States District Court, Middle District of Georgia
                Civil Action File Number 3:08-CV-66

Dear Sir or Madam:

    Pursuant to Local Rule 16.2.4(a) defendant hereby opts-out of arbitration in this matter.

                                          Sincerely,

                                          James A. Neuberger
                                          HARPER WALDON & CRAIG

JAN/mqs