## STEPHEN C. CARTER, P.C.
ATTORNEY AT LAW
4 NORTH FOREST AVENUE
POST OFFICE BOX 368
HARTWELL, GEORGIA 30643

_____

TELEPHONE: (706) 376-4754
TELECOPIER: (706) 376-3322

September 15, 2008

*By U. S. Mail and Electronic Filing*

Clerk of Court
United States District Court
Middle District of Georgia
**Attn: Arbitration Clerk**
P. O. Box 128
Macon, GA 31201-0128

    RE:    *Patricia G. Fuhr s. American Home Assurance Company*
                  U.S. District Court – Middle District of Georgia – Athens Division
                  Civil Action No. 3:08-cv-66-CDL

Dear Clerk:

      This is to advise that pursuant to Local Rule 16.2.4(a) Plaintiff Patricia G. Fuhr elects to opt-out of arbitration in the above-referenced action.

                                        Sincerely,

                                        **STEPHEN C. CARTER, P.C.**

                                        */s/ Stephen C. Carter*

                                        Stephen C. Carter

SCC

cc:    James A. Neuberger, Esq.
        Ms. Patricia G. Fuhr