IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PATRICIA G. FUHR | * | |
| Plaintiff | * | |
| vs. | * | |
| AMERICAN HOME ASSURANCE COMPANY | * | CASE NO. 3:08-cv-66-CDL |
| | * | |
| Defendant | * | |
| | * | |

**SCHEDULING PLAND AND DISCOVERY ORDER**

1.    RULE 26(f) CONFERENCE: Pursuant to Fed.R.Civ.P. Rules 26(f) and 16(b) and the Court's Rules 16 and 26 Order dated August 29, 2008, attorneys Stephen C. Carter (attorney for Plaintiff) and James Neuberger (attorney for Defendant), have conferred for the purpose of formulating a Proposed Discovery Plan and Scheduling Order. As a result of this conference, the parties propose the following Discovery Plan and Scheduling Order:

2.    DISCOVERY PLAN: The following time limits are proposed:

    (a)    Any additional parties must be added by November 13, 2008, unless upon motion good cause is shown.

    (b)    The parties may amend the pleadings pursuant to the provisions of Fed.R.Civ.P. 15.

    (c)    This Court orders that the parties will make all reasonable efforts to complete discovery by Friday, January 30, 2009.

    (d)    This Court orders that the parties will file dispositive motions by Friday, March 20, 2009. All other motions, including pretrial motions, shall be filed no later than thirty

        (30) days prior to the start of any trial in this matter or as otherwise directed by the Court at the pretrial conference.

(e)    The name and address of every witness to be deposed, and proposed date, time, place and location of deposition are as follows:

BY PLAINTIFF:

(1)    Colleen Paige – Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(2)    Ron Strohs – Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(3)    Gary Pruett – Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(4)    Gene Alkes – Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(5)    Richard Warsk – Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(6)    Tim Gattis - Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(7)    Thomas McCarter - Plaintiff will schedule to depose within 30 days of receiving Defendant's responses to Plaintiff's written discovery to be served;

(8)    Plaintiff will timely schedule the depositions of any expert(s) designated by Defendant in this action as provide for herein;

(9)    Plaintiff reserves and shall have the right to take the depositions of any persons identified in Defendant's Initial Disclosures not listed in this Scheduling Order and such other persons identified in the course of

        discovery who may have knowledge of facts relevant to any of the issues in this case; said depositions to be taken at a mutually agreeable time and place.

        BY DEFENDANT:

(1)     Plaintiff Patricia G. Fuhr (defendant requested, but has not received a proposed date, time and location);

(2)     Plaintiff's current attorney, Stephen C. Carter, (defendant requested, but has not received a proposed date, time and location) (NOTE: Plaintiff and her attorney, Stephen C. Carter, object to Carter's deposition being taken);

(3)     Plaintiff's personal counsel, Craig A. Laporte, 11914 Oak Trail Way, Port Richie, Florida (defendant requested, but has not received a proposed date and time) (NOTE: Plaintiff and her attorney, Stephen C. Carter, object to Laporte's deposition being taken to the extent it seeks the discovery of information protested by the attorney-client privilege);

(4)     N. Statten Billing (defendant requested, but has not received a proposed date, time and location);

(5)     Defendant will timely schedule the depositions of any expert(s) designated by Plaintiff in this action as provide for herein;

(6)     Defendant reserves and shall have the right to take the depositions of any persons identified in Plaintiff's Initial Disclosures not listed in this Scheduling Order and such other persons identified in the course of discovery who may have knowledge of facts relevant to any of the issues in this case; said depositions to be taken at a mutually agreeable time and place.

(f)     The last date expert witnesses may be designated by Plaintiff shall be October 27, 2008.

(g)     The last date expert witnesses may be designated by Defendant shall be November 26, 2008.

(h) If Defendant designates an expert where Plaintiff has not previously designated an expert, Plaintiff may designate experts on the same issues by December 26, 2008.

(i) Plaintiff's estimated cost of discovery, including attorney's fees:  Approximately $30,000 in attorney's fees and $10,000 for deposition and travel expenses.

(j) Defendants estimated cost of discovery, including attorney's fees: Approximately $8,000 in attorney's fees and $5,000 for deposition expenses and travel expenses.

(k) The name, address, and telephone number of lead counsel for each party:

Counsel for Plaintiff:

Stephen C. Carter, Esq.
GA State Bar No. 114675
STEPHEN C. CARTER, P.C.
P.O. Box 368
Hartwell, GA 30643
Telephone:    (706) 376-4754
Facsimile:    (706) 376-3322
E-mail:  scc30643@yahoo.com

Counsel for Defendant:

Thomas D. Harper, Esq.
GA State Bar No. 328375
James A. Neuberger, Esq.
GA State Bar No. 538903
HARPER, WALDON & CRAIG, LLP
900 Circle 75 Parkway
Atlanta, GA  30339
Telephone:    (770) 953-1710
Facsimile:    (770) 933-9162
E-mail:  tdharper@hwc-law.com
         jneuberger@hwc-law.com

(l) The date the Complaint was filed: June 25, 2008 in the State Court of Athens-Clarke County, Georgia.

(m) The date the Answer was filed: Notice of Removal from the State Court of Athens-Clarke County was filed July 28, 2008 and Defendant's Answer was filed on July 29, 2008.

(n) The parties must complete the exchange of their initial disclosures under Rule 26(a)(1)(A) by no later than October 14, 2008.

(o) The parties are permitted to serve interrogatories pursuant to the provisions of Fed.R.Civ.P. Rule 33.

(p) Due to the nature of this litigation, Plaintiff requests that the parties be permitted to serve production requests pursuant to the provisions of Fed.R.Civ.P. Rule 34. Unless the Court permits document requests pursuant to F.R.Civ.P. 34, Defendant will propound and respond to document requests as required by Local Rule 34.

(q) Due to the nature of this litigation, Plaintiff requests that the parties be permitted to serve requests for admission pursuant to the provisions of Fed.R.Civ.P. Rule 36. Unless the Court permits requests for admissions pursuant to F.R.Civ.P. 36, Defendant will propound and respond to requests for admissions pursuant to Local Rule 36.

3. OTHER MATTERS: None at this time.

## ORDER

The above and foregoing Proposed Discovery Plan and Scheduling Order is hereby accepted and made the order of this Court.

**IT IS SO ORDERED**, this 15th day of October, 2008.

                                               S/Clay D. Land
                                               CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE

*Proposed Order Jointly Submitted By:*

<u>Counsel for Plaintiff</u>:

Stephen C. Carter, Esq.
GA State Bar No. 114675
STEPHEN C. CARTER, P.C.
P.O. Box 368
Hartwell, GA 30643
Telephone:     (706) 376-4754
Facsimile:     (706) 376-3322
E-mail:  scc30643@yahoo.com

<u>Counsel for Defendant</u>:

James A. Neuberger, Esq.
GA State Bar No. 538903
HARPER, WALDON & CRAIG, LLP
900 Circle 75 Parkway
Atlanta, GA  30339
Telephone:     (770) 953-1710
Facsimile:     (770) 933-9162
E-mail:   jneuberger@hwc-law.com