```
          IN THE UNITIED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION


PATRICIA G. FUHR                         §
                                         §
              Plaintiff                  §
                                                    Civil Action No.:
vs.                                      §
                                                    3:08-cv-66 (CDL)
AMERICAN HOME ASSURANCE COMPANY           §
                                         §
              Defendant                  §
```

**CONSENT MOTION
TO RESET DATES FOR PARTIES TO DISCLOSE EXPERTS**

COME NOW Plaintiff Patricia G. Fuhr and Defendant American Home Assurance Corporation, by ands through their respect counsel of record, jointly move for an order to amend the Scheduling and Discovery Order entered October 15, 2008 to extend the dates by which the parties must disclose their respective experts by seven (7) days. The parties show the following facts in support of this joint motion:

1.

The Court entered the Scheduling and Discovery Order [Doc. 12] in this action on October 15, 2008.

2.

The Scheduling and Discovery Order currently sets the following deadlines with regard to the disclosure of experts:

- Monday, October 27, 2008, as the last day Plaintiff may designate expert witnesses;
- Wednesday, November 26, 2008, as the last day Defendant may designate expert witnesses; and
- Friday, December 26, 2008, as the last day Plaintiff may designate rebuttal experts to experts designated by Defendant.

3.

The parties jointly propose to amend the Scheduling and Discovery Order to extend each of the respective expert disclosure dates by seven (7) days as follows:

- Monday, November 3, 2008, as the last day Plaintiff may designate expert witnesses;
- Wednesday, December 3, 2008, as the last day Defendant may designate expert witnesses; and
- Friday, January 2, 2009, as the last day Plaintiff may designate rebuttal experts to experts designated by Defendant.

4.

All other deadlines within the Scheduling and Discovery Order shall remain unchanged.

5.

The relief sought herein is sought in good faith and is not intended to unnecessarily delay the progress of this action.

WHEREFORE, the parties pray for an order to issue granting the relief requested herein.

This 24th day of October, 2008.

/s/  *Stephen C. Carter*                     /s/  *James A. Neuberger*
―――――――――――――――――――――                          _____

Stephen C. Carter, Esq.                     James A. Neuberger, Esq.
GA State Bar No. 114675                     GA State Bar No. 538903

STEPHEN C. CARTER, P.C.                     HARPER, WALDON & CRAIG, LLP
P.O. Box 368                                900 Circle 75 Parkway
Hartwell, GA 30643                          Atlanta, GA  30339

Telephone:    (706) 376-4754                Telephone:     (770) 953-1710
Facsimile:    (706) 376-3322                Facsimile:     (770) 933-9162
E-mail:   scc30643@yahoo.com                E-mail:jneuberger@hwc-law.com

IN THE UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PATRICIA G. FUHR | § | |
|     Plaintiff | § | Civil Action No.: |
| vs. | § | 3:08-cv-66 (CDL) |
| AMERICAN HOME ASSURANCE COMPANY | § | |
|     Defendant | § | |

**CONSENT ORDER**

The above and foregoing **CONSENT MOTION TO RESET DATES FOR PARTIES TO DISCLOSE EXPERTS** having been read and considered and good cause being shown, same is hereby GRANTED. The Scheduling and Discovery Order regarding the dates by which the parties must designate their respective experts is hereby amended as follows:

- Monday, November 3, 2008, shall be the last day Plaintiff may designate expert witnesses;

- Wednesday, December 3, 2008, shall be the last day Defendant may designate expert witnesses; and

- Friday, January 2, 2009, shall be the last day Plaintiff may designate rebuttal experts to experts designated by Defendant.

All other deadlines within the Scheduling and Discovery Order [Doc. 12] shall remain unchanged.

**IT IS SO ORDERED**, this _____ day of OCTOBER, 2008.

_____
Clay D. Land, Judge
United States District Court

**CONSENTED AND AGREED TO BY:**

/s/  Stephen C. Carter                                    /s/  James A. Neuberger
_____            _____

Stephen C. Carter, Esq.                              James A. Neuberger, Esq.
GA State Bar No. 114675                           GA State Bar No. 538903
Attorney for Plaintiff                                    Attorney for Defendant

STEPHEN C. CARTER, P.C.                         HARPER, WALDON & CRAIG, LLP
P.O. Box 368                                                900 Circle 75 Parkway
Hartwell, GA 30643                                     Suite 1040
                                                                      Atlanta, GA  30339
Telephone:     (706) 376-4754
Facsimile:       (706) 376-3322                    Telephone:     (770) 953-1710
E-mail:   scc30643@yahoo.com                Facsimile:       (770) 933-9162
                                                                      E-mail: jneuberger@hwc-law.com

```
            IN THE UNITIED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

| | | |
|---|---|---|
| PATRICIA G. FUHR | § | |
| Plaintiff | § | Civil Action No.: |
| vs. | § | |
| | | 3:08-cv-66-CDL |
| AMERICAN HOME ASSURANCE COMPANY | § | |
| Defendant | § | |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically submitted the foregoing **CONSENT MOTION TO RESET DATES FOR PARTIES TO DISCLOSE EXPERTS** to the Clerk of Court via email, and that I have this day served counsel of record for Defendant in the above-styled matter a true and correct copy of the foregoing document by depositing a true copy of same in the United States Mail in an envelope bearing sufficient postage and addressed as follows:

```
          Thomas D. Harper, Esq.
          James A. Neuberger, Esq.
           HARPER WALDON & CRAIG
           900 Circle 75 Parkway
                Suite 1040
             Atlanta, GA  30339
```

This 24th day of OCTOBER, 2008.

By:     /s/    *Stephen C. Carter*
        Stephen C. Carter
        GA State Bar No.  114675