IN THE UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PATRICIA G. FUHR | § | |
| Plaintiff | § | |
| vs. | § | Civil Action File |
| AMERICAN HOME ASSURANCE COMPANY | § | No: 3:08-cv-66-CDL |
| Defendant | § | |

**CONSENT MOTION**
**TO EXTEND DISCOVERY AND SCHEDULDING DEADLINES**

The parties jointly move this Court to extend discovery by sixty (60) days and to extend all additional deadlines by sixty (60) days for the following reasons:

Plaintiff's counsel has a heavy load of depositions and trials through December and January. Further, the holidays in December restrict the available dates to conduct depositions of defendant's representatives, and various of the plaintiff's witnesses.

Further, defendant had identified an expert, but recently was informed that the expert is no longer available. Accordingly, the parties have agreed that defendant shall have until December 31, 2008 to identify an expert. Plaintiff will have until January 31, 2009 to identify a counter-expert.

Accordingly, the parties respectfully request that the scheduling order be amended as follows:

(1)  that discovery be extended to, and including Friday, April 3, 2009;

(2)  that defendant has until December 31, 2008 to identify its expert, and plaintiff will have until January 31, 2009 to identify her counter-expert; and

(3)  the parties will file dispositive motions no later than May 15, 2009.

This _____ day of DECEMBER, 2008.

_____
James A. Neuberger
GA State Bar No. 538903
Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710


_____
Stephen C. Carter, Esq.
GA State Bar No. 114675
Attorney for Plaintiff
P.O. Box 368
Hartwell, Georgia  30643
(706) 376-4754

IN THE UNITIED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PATRICIA G. FUHR | § | |
| Plaintiff | § | |
| vs. | § | Civil Action File |
| AMERICAN HOME ASSURANCE COMPANY | § | No: 3:08-cv-66-CDL |
| Defendant | § | |

## **ORDER**

This matter having come before the Court on the parties' Joint Motion to Extend Discovery, be extended by sixty (60) days, the Court hereby ORDERS:

(1) that discovery is extended through and including Friday, April 3, 2009;

(2) defendant has until December 31, 2008 to identify its expert and plaintiff has until January 31, 2009 to identify her counter-expert; and

(3) that dispositive motions will be filed no later than May 15, 2009.

All other deadlines are extended accordingly.

This _____ day of DECEMBER, 2008.

 

Clay D. Land, Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2008, I electronically filed the Consent Motion to Extend Discovery and Scheduling Deadlines with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>Stephen C. Carter, Esq.
>P.O. Box 368
>Hartwell, Georgia   30643

This ___11th___ day of December, 2008.

>HARPER, WALDON & CRAIG
>
>_____
>Thomas D. Harper
>(State Bar No. 328375)
>James A. Neuberger
>(State Bar No. 538903)
>Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710