```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
PATRICIA G. FUHR,              )
                               )
     Plaintiff,                )
                               )       Civil Action File Number
v.                             )       3:08-cv-66-CDL
                               )
AMERICAN HOME ASSURANCE,       )
COMPANY,                       )
                               )
     Defendant.                )
```

**NOTICE OF DEPOSITION**

You are hereby notified that on Friday, the 13th day of March, 2009 at 10:30 a.m. counsel for the Defendant will depose Plaintiff, **Patricia G. Fuhr** in the offices of Stephen C. Carter, Esq., 4 North Forest Avenue, Hartwell, GA 30643, 706-376-4754.  This deposition will be taken pursuant to the Federal Rules of Civil Proceedure before an officer duly authorized by law to administer oaths for discovery and all other purposes allowed by law.

This 15th day of February, 2009.

```
                              _____
                              James A. Neuberger
                              (State Bar No. 538903)
                              Attorney for Plaintiff
```

5447 Roswell Road
Suite 203
Atlanta, Georgia 30342
(404) 593-2650

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2009 I electronically filed the Notice of Deposition with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

                      Stephen C. Carter, Esq.
                      P.O. Box 368
                      Hartwell, Georgia  30643

    This 15th day of February, 2009.

                      _____
                      James A. Neuberger
                      (State Bar No. 538903)
                      Attorney for Plaintiff

5447 Roswell Road
Suite 203
Atlanta, Georgia 30342
(404) 593-2650