```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
PATRICIA G. FUHR,              )
                               )
     Plaintiff,                )
                               )    Civil Action File Number
v.                             )    3:08-cv-66-CDL
                               )
AMERICAN HOME ASSURANCE,       )
COMPANY,                       )
                               )
     Defendant.                )
```

**<u>NOTICE OF DEPOSITION</u>**

You are hereby notified that on March 5, 2009 at 1:00 p.m. counsel for the Defendant will depose Gary Cooper in the offices of Stephen C. Carter, Esq., 4 North Forest Avenue, Hartwell, GA 30643, 706-376-4754.  This deposition will be taken pursuant to the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths for discovery and all other purposes allowed by law.

This 18th day of February, 2009.

                                         */s/ James A. Neuberger*
                                         James A. Neuberger
                                         (State Bar No. 538903)
                                         Attorney for Defendant

5447 Roswell Road
Suite 203
Atlanta, Georgia 30342
(404) 593-2650

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2009 I electronically filed the Notice of Deposition with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Stephen C. Carter, Esq.
> P.O. Box 368
> Hartwell, Georgia  30643

This 18th day of February, 2009.

> /s/ James A. Neuberger
> James A. Neuberger
> (State Bar No. 538903)
> Attorney for Defendant

5447 Roswell Road
Suite 203
Atlanta, Georgia 30342
(404) 593-2650