UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 2/23/09                    **CASE #:** 3:08-CV-66 (CDL)

**CASE TITLE:** Fuhr v. American Home Assurance Company

**DOCUMENT #:** 17

**DOCUMENT TITLE:** Notice of Deposition

**One of the following errors/deficiencies has been identified in the document listed above:**

☐  Document e-filed in wrong case

☐  Document linked to incorrect document

☐  Document exceeds page limits

☐  Document requires leave of Court before filing

☐  Dismissal must be signed by all parties who have appeared OR by leave of court. ( See Federal Rule of Civil Procedure 41.)

☐  Incorrect case number on document

☐  Incorrect event used - use event

☐  Document is not signed

☐  Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐  Certificate of service is missing

☐  Corporate Parents and/or Other Affiliates were not added.

☐  Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☒  **Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.**

☐  Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐ Docket entry has been corrected

☐ Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

☐ Document must be re-filed

☐ Document must be re-filed and corporate parents/other affiliates added.

☐ Amended document must be re-filed (and re-noticed) if applicable

☐ Please file a motion for leave to file document

☐ No further action required by the filer

☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☒ **Other:** **Please review Local Rule 5.1, M.D.Ga., and CMF/ECF *Administrative Procedures (civil)* regarding the filing of discovery documents**

Gregory J. Leonard, Clerk

By: s/ Gail G. Sellers
Deputy Clerk