UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PATRICIA G. FUHR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HOME ASSURANCE, )<br>COMPANY, )<br>)<br>Defendant. ) | Civil Action File Number<br>3:08-cv-66-CDL |

### ORDER OF DISMISSAL

By consent of counsel, this litigation is hereby dismissed without prejudice each party to pay their own costs.

SO ORDERED, this the _____ day of April, 2009.

_____
Judge, United States District Court for
the Middle District of Georgia

_____                _____
Stephen C. Carter, Esq.                       Thomas D. Harper, Esq.
Attorney for Plaintiff                        Attorney for Defendant
P.O. Box 368                                  HARPER, WALDON & CRAIG
Hartwell, Georgia 30643                       900 Circle 75 Parkway
                                              Suite 1040
                                              Atlanta, Georgia 30339