**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF**

**DATE:** 4/22/09                    **CASE #:** 3:08-CV-66 (CDL)

**CASE TITLE:** Fuhr v. American Home Assurance Company

**DOCUMENT #:** 20

**DOCUMENT TITLE:** Order of Dismissal

**One of the following errors/deficiencies has been identified in the document listed above:**

☐    Document e-filed in wrong case

☐    Document linked to incorrect document

☐    Document exceeds page limits

☐    Document requires leave of Court before filing

☒    **Dismissal must be signed by all parties who have appeared OR by leave of court.**
**( See Federal Rule of Civil Procedure 41.)**

☐    Incorrect case number on document

☐    Incorrect event used - use event

☐    Document is not signed

☐    Proposed Order is attached incorrectly (should be filed as an attachment to the main
document being e-filed

☐    Certificate of service is missing

☐    Corporate Parents and/or Other Affiliates were not added.

☐    Certification regarding two or more signatures is missing (see page 10 of *Administrative
Procedures for Electronic Filing*)

☐    Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery
requests and responses, and certificates of service of discovery, are not to be filed unless
accompanied by a Certificate of Need to File Discovery.

☐    Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐      Docket entry has been corrected

☐      Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

☐      Document must be re-filed

☐      Document must be re-filed and corporate parents/other affiliates added.

☐      Amended document must be re-filed (and re-noticed) if applicable

☐      Please file a motion for leave to file document

☐      No further action required by the filer

☐      E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☒      **Other:**      **File a Stipulation of Dismissal signed by counsel for all parties OR a Motion to Dismiss with a proposed order as an attachment.**

Gregory J. Leonard, Clerk

By: s/ Gail G. Sellers
                    Deputy Clerk