UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| PATRICIA G. FUHR, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action File Number |
| v. | ) | 3:08-cv-66-CDL |
| | ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a), this litigation is hereby dismissed without prejudice with each party to pay their own costs.

This the 24th day of April, 2009.

*/s/ Stephen C. Carter*
_____
Stephen C. Carter, Esq.
Attorney for Plaintiff
P.O. Box 368
Hartwell, Georgia  30643
GA State Bar No. 114675

*/s/ Thomas D. Harper*
_____
Thomas D. Harper, Esq.
Attorney for Defendant
HARPER, WALDON & CRAIG
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
GA State Bar No. 328375